Julius Rode, appellee, v. Chicago City Railway Company et al., on appeal of Independent Brewing Association, appellant. Gen. No. 25,670.

Action to recover for injuries to horse and wagon struck by street car and colliding with truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Eastman, White & Hawxhurst, for appellant; Homer C. Dawson, of counsel. Gustave Neuberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.